# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

TAG/ICB Services, Inc.
v.
Rodriguez Auto Sales

CASE NUMBER: 97-2854 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:**    **Docket #**<br>[ ] Plffs  [ ] Defts  [ ] Other<br>**Title:** | In an order dated May 21, 1999, the Court ordered Plaintiff to file a motion by September 28, 1999, informing the Court of the status of Defendant's bankruptcy case. The order further stated that Plaintiff had twice in the past failed to comply with similar Court orders and that, therefore, if Plaintiff did not comply with the order of May 21, 1999, the Court would dismiss this case. *See* docket no. 22. To date, Plaintiff has failed to comply with the Court's order of May 21, 1999. Accordingly, judgment shall be entered dismissing this case. |

**HECTOR M. LAFFITTE**
Chief U.S. District Judge

**September 30, 1999**


