10/1/99

RECEIVED & FILED 9/30/99 CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

TAG/ICB Services, Inc.
v.
Rodriguez Auto Sales

**CASE NUMBER:** 97-2854 (HL)

## JUDGMENT

The Court having entered an order on this same date, judgment is hereby entered dismissing this case.

September 30, 1999

**HECTOR M. LAFFITTE**
**Chief U.S. District Judge**


